IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOSHUA HOSKINS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL NO. 3:16-cv-00334-MJR |
| **MR. DILDAY, et al.,** | ) | CIVIL NO. 3:16-cv-00335-MJR |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM AND ORDER

**REAGAN, Chief District Judge:**

This matter comes before the Court for case management. A review of the pleadings indicated that these cases are related. Cognizant of the Seventh Circuit's position that related cases filed within the same U.S. District Court should be consolidated, *see, e.g. Smith v. Check-N-go of Illinois, Inc.* 200 F.3d 511, 513 n.1 (7th Cir. 1999); *Blair v. Equifax check Services, Inc.*, 181 F.3d 832, 839 (7th Cir. 1999), the Court **CONSOLIDATES** *Hoskins v. Dilday*, 16-cv-00334 and *Hoskins v. Dilday*, 16-cv-00335 for all further proceedings. *Hoskins v. Dilday*, 16-cv-00334 shall be the lead case. All future pleadings shall be filed in that case and contain case number 16-cv-00334.

Further, the Clerk is **INSTRUCTED** to refile both Doc. 1 in 16-cv-00334 and Doc. 1 in 16-cv-00335 in the newly consolidated case as a combined "First Amended Complaint."

IT IS SO ORDERED.

DATED: April 11, 2016

*s/ MICHAEL J. REAGAN*
Michael J. Reagan
Chief Judge
United States District Court